■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

TYRONE WALLACE, Appellant.—Judgment, Supreme Court, New York County (Eugene Nardelli, J.), rendered on January 21, 1987, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Asch, J. P., Rosenberger, Ellerin, Wallach and Rubin, JJ.